Mattison v State of New York (2026 NY Slip Op 00702)

Mattison v State of New York

2026 NY Slip Op 00702

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

791 CA 24-00607

[*1]ROBERT MATTISON AND HEATHER MATTISON, CLAIMANTS-APPELLANTS,
vSTATE OF NEW YORK AND NEW YORK STATE THRUWAY AUTHORITY, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

CELLINO LAW LLP, BUFFALO (GREGORY V. PAJAK OF COUNSEL), FOR CLAIMANTS-APPELLANTS.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Court of Claims (J. David Sampson, J.), entered March 14, 2024. The order denied the application of claimants seeking, in effect, permission to file a late claim. 
It is hereby ORDERED that said appeal is dismissed without costs.
Same memorandum as in Mattison v State of New York ([appeal No. 2] — AD3d — [Feb. 11, 2026] [4th Dept 2026]).
All concur except Curran and Hannah, JJ., who dissent and vote to affirm in the same dissenting memorandum as in Mattison v State of New York ([appeal No. 2] — AD3d — [Feb. 11, 2026] [4th Dept 2026]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court